IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCDONALD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MURALI R. NAIR,<br><br>　　　　Defendant. | Case No. 18-cv-06991-MMC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION; GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; REMANDING CASE TO STATE COURT** |

Before the Court is Magistrate Judge Donna M. Ryu's Report and Recommendation, filed January 22, 2018, by which said Magistrate Judge recommends defendant Murali R. Nair's application to proceed in forma pauperis ("IFP") be granted and, thereafter, neither a federal question nor diversity having been shown, to remand the above-titled action to state court for lack of subject matter jurisdiction. No objection to the Report and Recommendation has been filed.

Having reviewed the matter de novo, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Accordingly, defendant's application to proceed in forma pauperis is hereby GRANTED. It is further ordered that the above-titled action is hereby REMANDED to the Superior Court of California, in and for the County of Shasta.

**IT IS SO ORDERED.**

Dated: February 11, 2019

　　　　　　　　　　　　　　　　　　*Maxine M. Chesney*
　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　United States District Judge